**FILED**

AUG 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2709
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF:  )  CASE NO. 2:11-SW-00347-EFB
                                    )
12                                  )
                                    )  ORDER CONCERNING
13 THE USPS LOCKER OF ANGEL PANTOJA-)  GOVERNMENT'S EX PARTE MOTION
   LOPEZ                            )  TO UNSEAL SEARCH WARRANT,
14                                  )  APPLICATION FOR SEARCH
                                    )  WARRANT, AND ACCOMPANYING
15                                  )  AFFIDAVIT
                                    )
16                                  )

17     Upon application of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the search warrant, application for search warrant, and

19 accompanying affidavits underlying the search warrant in the above-captioned proceeding be and are

20 hereby UNSEALED.

21 Date: 8/17/11

22                                              _____
                                                CAROLYN K. DELANEY
23                                              United States Magistrate Judge